IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>ZENIA MILLER, AND  HOME CARE SERVICES, INC,<br><br>　　　　　　　Defendants. | 4:15CR3062<br><br>**ORDER** |

Defendant has orally moved to continue the pretrial motion deadline because the defendant and defense counsel need additional time to fully review the discovery received before deciding if pretrial motions should be filed. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

　　　IT IS ORDERED:

　　　1)　　Defendant's oral motion to continue is granted.

　　　2)　　Pretrial motions and briefs shall be filed on or before December 31, 2015.

　　　3)　　A status conference will be at 11:00 a.m. on January 5, 2016 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant, defense counsel, and counsel for the government shall attend the conference.

　　　4)　　The Court further finds that the time between today's date and January 5, 2016 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii)i

September 29, 2015.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge