IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>ZENIA MILLER, AND HOME CARE SERVICES, INC,<br><br>　　　　　　Defendants. | 4:15CR3062<br><br>**ORDER** |

IT IS ORDERED:

1) The motion of attorney John Vanderslice to withdraw as counsel of record for defendant Zenia Miller, (filing no. 27), is granted.

2) Defendant's newly retained counsel, Rebecca Miller, shall promptly notify the defendants of the entry of this order.

3) The clerk shall delete John Vanderslice from any future ECF notifications herein.

January 26, 2016.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge