IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:15CR3062 |
| vs. | |
| ZENIA MILLER, AND HOME CARE SERVICES, INC, | **ORDER** |
| Defendants. | |

Defendant Zenia Miller has moved to continue the pretrial motion deadline, (filing no. 32), because the defendant has new counsel who needs additional time review this case and confer with the defendant before deciding if pretrial motions should be filed. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 32), is granted.

2) As to **both** defendants, pretrial motions and briefs shall be filed on or before March 31, 2016.

3) As to **both** defendants, trial of this case is continued pending resolution of any pretrial motions filed.

4) A telephonic status conference with the undersigned magistrate judge is continued to April 5, 2016 at 10:00 a.m. to discuss the status of case progression and a trial setting. The court will provide conferencing instructions for the call. Defendants, defense counsel, and counsel for the government shall participate in the call.

5) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and as to **both** defendants, the additional time arising as a result of the granting of the motion, the time between today's date and March 31, 2016, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because despite counsel's due diligence, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

Dated this 18th day of February, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge