IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>　　　　　Plaintiffs, <br><br>　vs. <br><br>ZENIA MILLER, AND HOME CARE SERVICES, INC, <br><br>　　　　　Defendants. | 4:15CR3062 <br><br>**ORDER** |

After conferring with counsel for the government and for defendant Miller,

IT IS ORDERED:

1) The Defendant's motion for Release of Brady Materials, (Filing No. 37), as resolved as stated during the conference call held today.

2) The parties' oral motion to set an additional status conference, is granted.

3) A status conference will be at 10:00 a.m. on May 10, 2016 before the undersigned magistrate judge to discuss the status of case progression and a trial setting. Counsel and the parties shall use the conferencing instructions assigned to this case (Filing No. 20), to participate in the call. Defendant Miller, defense counsel, and counsel for the government shall attend the conference.

4) The Court further finds that as to both defendants, the time between today's date and May 10, 2016 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii)i

April 5, 2016.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge