IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>HOME CARE SERVICES, INC.,<br><br>                    Defendant. | 4:15-CR-3062<br><br>ORDER |

This matter is before the Court on the plaintiff's Motion to Dismiss (filing 60). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, without prejudice, as it relates to Home Care Services, Inc. only.

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss (filing 60) is granted.

2. The indictment is dismissed without prejudice as it relates to Home Care Services, Inc. only.

3. Home Care Services, Inc. is terminated as a party.

Dated this 23rd day of August, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge